IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CARL KELLEY CONSTRUCTION LLC,

      Plaintiff,

vs.                                        No. CIV 08-0379 JB/RLP

DANCO TECHNOLOGIES, f/n/a
WTNM TECHNOLOGIES, LTD.,
and JENNIFER LONG, individually
and as agent for WTNM,

      Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Motion to Dismiss Complaint Without Prejudice, filed February 11, 2010 (Doc. 75).  The Court entered an order granting Plaintiff Carl Kelley Construction, LLC's motion to dismiss its suit without prejudice on February 28, 2010.  Because that order disposed of all parties and claims in this action, the Court finds that entry of final judgment pursuant to rule 58 of the Federal Rules of Civil Procedure is appropriate.

**IT IS ORDERED** that the final judgment is now entered in this matter.

                                            _____
                                            UNITED STATES DISTRICT JUDGE

*Counsel*:

J. Robert Beauvais
J. Robert Beauvais, P.A.
Ruidoso, New Mexico

      *Attorneys for the Plaintiff*

Roger Danesi
WTNM Technologies, Ltd.
Abilene, Texas

> *Owner of Defendant WTNM Technologies, Ltd.*